IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURINDER SINGH BAINS,<br><br>            Plaintiff,<br><br>  vs.<br><br>DIRECTOR OF CORRECTIONS; JIMENEZ, Appeal Coordinator; LAMARQUE, Warden; CADEN, Chief Deputy Warden; VENERO, Food Service Manager; GRANNIS, Chief, Inmate Appeals Branch; J. SARELI; G. ZARALA; DOE, Food Supervisor; and SALINAS VALLEY STATE PRISON,<br><br>            Defendants. | No. C 04-1619 WHA (PR)<br><br>**ORDER GRANTING SUMMARY JUDGMENT** |

This is a pro se section 1983 civil rights action filed pro se by a state prisoner. Defendants have moved for summary judgment. Plaintiff has not opposed the motion.

**DISCUSSION**

The motion for summary judgment is unopposed. A district court may not grant a motion for summary judgment solely because the opposing party has failed to file an opposition. *Cristobal v. Siegel*, 26 F.3d 1488, 1494-95 & n.4 (9th Cir. 1994) (unopposed motion may be granted only after court determines that there are no material issues of fact). A court may, however, grant an unopposed motion for summary judgment if the movant's papers are themselves sufficient to support the motion and do not on their face reveal a genuine issue

of material fact. *United States v. Real Property at Incline Village*, 47 F.3d 1511, 1520 (9th Cir. 1995) (local rule cannot mandate automatic entry of judgment for moving party without consideration of whether motion and supporting papers satisfy Fed. R. Civ. P. 56), *rev'd on other grounds sub nom. Degen v. United States*, 517 U.S. 820 (1996).

The papers in support of the motion for summary judgment show that plaintiff's religious dietary needs were considered and that the diet he was provided was sufficient to maintain health, and on their face do not reveal a genuine issue of material fact. That is, on this undisputed record none of the defendants was deliberately indifferent to plaintiff's health.

## CONCLUSION

Because the movants' papers are sufficient to support the motion and do not on their face reveal a genuine issue of material fact, the motion for summary judgment (document number 15 on the docket) is **GRANTED**. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August   3   , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.04\BAINS619.MSJ.wpd